RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RYAN NORWOOD
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ryan_Norwood@fd.org

Attorneys for Sergio Davila

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO DAVILA,<br><br>Defendant. | Case No. 2:12-cr-476-JAD-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Ryan Norwood, Assistant Federal Public Defender, counsel for Sergio Davila, that the Revocation Hearing currently scheduled on August 15, 2017, at 11:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than two weeks.

This Stipulation is entered into for the following reasons:

1. The parties are currently in negotiations and need more time to discuss a resolution.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 14th day of August, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Ryan Norwood*<br>By_____<br>RYAN NORWOOD<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SERGIO DAVILA,<br><br>　　　　　Defendant. | Case No. 2:12-cr-476-JAD-CWH<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, August 15, 2017, at 11:00 am, be vacated and continued to September 5, 2017 at 11:00 a.m.

DATED this 14th day of August, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3